# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

MIDWEST INSURANCE COMPANY,
AN ILLINOIS INSURANCE CORPORATION                                    PLAINTIFF

V.                                                              NO. 4:21cv079-JMV

DONAHOO HEATING & COOLING, LLC,
A MISSISSIPPI LLC                                                     DEFENDANT

## AMENDED ORDER

This matter is before the court, by the request of the parties, to amend the Order entered on March 8, 2022. [33]. For good cause shown, the court will amend the Order [33] as follows: Discovery is now due April 11, 2022, the *Daubert* and dispositive motions are now due April 18, 2022; and the Settlement Conference will now be held on May 11, 2022. Additionally, the parties are granted up to seven (7) depositions per party.

**SO ORDERED**, this, the 9th day of March, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**