IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICE OF MISSISSIPPI
GREENVILLE DIVISION

**MIDWEST INSURANCE COMPAN Y**
*An Illinois Insurance Corporation*                                      **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 4:21-cv-79-JMV**

**DONAHOO HEATING & COOLING, LLC**
*A Mississippi LLC*                                                  **DEFENDANT**

## ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

A settlement conference was held in this case on May 11, 2022. The case was settled, and the settlement agreement was recorded. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS FURTHER ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. Upon completion of the settlement arrangement, parties should submit a proposed agreed order dismissing this case with prejudice.

This the 11th day of May 2022.

                                                       /s/ Jane M. Virden
                                                       UNITED STATES MAGISTRAGE JUDGE