IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MIDWEST INSURANCE COMPANY,
AN ILLINOIS INSURANCE CORPORATION        PLAINTIFF

VS.        CAUSE NO. 4:21cv079-DMB-JMV

DONAHOO HEATING & COOLING, LLC,
A MISSISSIPPI LLC        DEFENDANT

## AGREED ORDER OF DISMISSAL

THIS MATTER, is before the Court on the joint *ore tenus* motion of Plaintiff and Defendant to dismiss Plaintiff's Complaint and all claims therein against the Defendant with prejudice. The Court notes that a Settlement Conference was held on May 11, 2022 and the parties were able to reach an agreed settlement of this matter. On that date, the Court entered a conditional Order of Dismissal without prejudice pending the completion of the terms of the Settlement Agreement. The parties have now advised the Court that they have all complied with the terms of the settlement and request that this matter now be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED, that Plaintiff's Complaint and all claims therein in the above styled and referenced cause shall be and are hereby dismissed with prejudice against the Plaintiff and with each party to bear their own respective costs.

SO ORDERED AND ADJUDGED on this the 31st day of May, 2022.

UNITED STATES MAGISTRATE JUDGE

AGREED UPON AND APPROVED:

_____
F. DOUGLAS MONTAGUE (MSB# 3408)
*Attorney for Plaintiff Midwest Insurance Company*

_____
W. WRIGHT HILL, JR. (MSB# 9560)
*Attorney for Defendant Donahoo Heating & Cooling, LLC*